# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JANET LARSON,

            Plaintiff,

v.

MICHAEL J. ASTRUE, *Commissioner of Social Security*,

            Defendant.

Civil No. 07-3548 (JRT/JSM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Lionel H. Peabody, **PEABODY LAW OFFICE,** Post Office Box 10, Duluth, MN 55801, for plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated August 13, 2008, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 12] is granted in part and denied in part;

2. Defendant's Motion for Summary Judgment [Docket No. 15] is denied; and

3. The case is remanded to the Commissioner for further proceedings.

Dated: August 25, 2008
at Minneapolis, Minnesota

                                                  s/John R. Tunheim
                                                  John R. Tunheim
                                             United States District Judge