# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JANET LARSON,

Civil No. 07-3548 (JRT/JSM)

Plaintiff,

**ORDER**

v.

MICHAEL J. ASTRUE,

Defendant.

---

Lionel Peabody, **PEABODY LAW OFFICE**, Post Office Box 10, Duluth, MN 55801, for plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the petition of Plaintiff's counsel for an Ex Parte Order Approving Attorney's Fees Under the Social Security Act, 42 U.S.C. § 406(b), and upon all the files and records herein,

**IT IS HEREBY ORDERED** that:

1. Counsel is awarded an attorney's fee under 42 U.S.C. § 406(b) for his representation of Plaintiff in Federal Court in the amount of $3,616.50.

2. The attorney's fees approved herein shall be paid to counsel, Lionel H. Peabody, PO Box 10, Duluth, MN 55801-0010 from the funds withheld from past-due benefits of Plaintiff by Social Security for payment of attorney's fees.

3. From the funds withheld from Plaintiff's past due benefits for payment of attorney's fees, the Social Security Administration shall release $5,855.00 to Plaintiff (the amount of the Equal Access to Justice Act fee paid by the Government).

Dated: July 22, 2009
at Minneapolis, Minnesota

    s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge